**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HUDSON INSURANCE COMPANY, §<br><br>§<br>Plaintiff, §<br>§<br>versus §<br>§<br>18 SPEED TRUCKING §<br>2516 Barjud Avenue §<br>Pomona, CA, 91768 §<br>    Serve: Jose Gonzalez Contreras §<br>          2516 Barjud Ave §<br>          Pomona, CA  91768 §<br><br>§<br>§<br>918 TRANSPORT LLC §<br>1919 N. Garnett Road §<br>Tulsa, OK, 74116-1606 §<br>    Serve: James Clinton Taylor III §<br>          1919 N. Garnett §<br>          TULSA, OK  74116 §<br><br>§<br>§<br>ACCENT TRANSPORT §<br>934 E Old Willow Rd., Unit 102 §<br>Prospect Heights, Illinois, 60070 §<br>    Serve: Yaroslav Sydoruk §<br>          934 E Old Willow Road, Ste. §<br>102 §<br>          Prospect Heights, IL 60070 §<br><br>§<br>ALTPRO §<br>11520 North Central Expy, Ste. 159 §<br>DALLAS, TX 75243 §<br>    Serve:  ALTLITE LLC §<br>          11520 North Central Expy, §<br>    Ste. 159     Dallas, TX 75243 §<br>§<br>§<br>§<br>§<br>§ | Civil Action File No. _____<br>ELECTRONICALLY FILED |

| | |
|---|---|
| AMERICARS TRANSPORTATION, INC.<br>2331 Georgetown Court<br>Aurora, IL 60503<br>     Serve: Andrei Fratea<br>          2331 Georgetown Court<br>          Aurora, IL 60503<br>APEX CAPITAL CORP. - GOMEZ<br>TRUCKING<br>6000 Western Pl, Ste. 1000<br>Fort Worth, TX 76107-4699<br>     Serve: Dean A. Tetirick<br>          6000 Western Pl, Ste. 1000<br>          Fort Worth, TX 76107-4699<br><br>APEX CAPITAL CORP. – LYON<br>EXPRESS<br>6000 Western Pl, Ste. 1000<br>Fort Worth, TX, 76107-4699<br>     Serve: Dean A. Tetirick<br>          6000 Western Pl, Ste. 1000<br>           Fort Worth, TX 76107-<br>4699<br><br>ARCBEST, D/B/A PANTHER PREMIUM<br>LOG<br>P.O Box 10048<br>Fort Smith, AR 72917-0048<br>     Serve: Corporation Service<br>     Company     300 Spring Bldg.<br>     Ste. 900<br>          Little Rock, AR 72201<br><br>BAM CAPITAL - NILE EXPRESS, LLC<br>          3475 Piedmont Road NE, Suite<br>975<br>Atlanta, GA 30305<br>     Serve: Enan E. Stillman, Esq.<br>          3453 Pierce Drive, Suite<br>          150<br>           Chamblee, GA 30341<br><br>          2718 NW 72nd Ave.<br>          Miami, FL 33122 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

BASINGEN GROUP-1A INTERMODAL    §
9737 NW 41st Street - Box No. 1021   §
Miami, FL 33178-2924   §
  Serve: Ricardo Gonzalo   §
  §
BAYLOR TRUCKING   §
  Serve: W. Todd Metzger   §
    10 W. Market Street, Ste. 1500   §
    Indianapolis, IN. 46204   §
  §
BD&J TRUCKING, LLC   §
510-C Hwy 306   §
Paradis, LA 70080   §
  Serve: Brandon L. Lee   §
    510-C Hwy 306   §
    Paradis, LA 70080   §
  §
BIRKEY TRUCKING   §
3146 195th Street   §
Manson, IA 50563   §
  Serve: Gary L. Birkey   §
    3146 195th Street   §
    Manson, IA 50563   §
BLUESTAR SERVICES,LLC   §
333 West Irving Park Rd. Ste. 204   §
Roselle, IL. 60172   §
  Serve: Muhamed Begovic   §
    340 W. Irving Park Rd.   §
    Roselle, IL. 60172   §
  §
BOSKURT TRANSPORT   §
1330 Tile Factory Lane   §
Louisville, KY. 40213   §
  Serve: Nosir Binaliyev   §
    7214 Meadow Ridge Dr.   §
    Louisville, KY. 40218   §
  §
BQT, INC.   §
14211 NE 108th Street   §
Vancouver, WA 98682   §
  Serve: Elmira Shabayeva   §
    14211 NE 108TH ST   §
    Vancouver, WA 98682   §
  §

- 3 -

BUD TRUCKING                              §
1332 Seamans Road                         §
Factoryville, PA  18419                   §
Serve: Jeffrey L. Crass II                §
      Box 2148 RD. 2 Seamans Rd.    §
      Factoryville, PA.  18419       §
                                     §
C&W TRUCKING                              §
2401 Mims Road                            §
Hephzibah, GA  30815                      §
      Serve:  Deloris Connor         §
        154 Williams Road         §
        Guyton, GA 31312          §
                                     §
CAPITAL ENERGY SOLUTIONS                  §
2201 Dove Avenue                          §
McAllen, TX  78504                        §
 Serve: Alfredo Marroquin              §
      2201 Dove Avenue               §
      McAllen, TX  7850              §
                                     §
CAST TRANSPORTATION                       §
9850 Havana Street                        §
Henderson, CO  80640                      §
      Serve:  Al Wetsch              §
        9850 Havana Street        §
        Henderson, CO  80640      §
                                     §
CD CONSORTIUM - ACCENT                    §
TRANSPORTATION                            §
8930 Waukegan Road - Suite 230            §
Morton Grove, IL  60053                   §
      Serve:  Anca Constantin        §
        8930 Waukegan Road, Suite 230  §
        Morton Grove, IL, 60053   §
                                     §
CFI                                       §
4701 E. 32nd Street                       §
Joplin, MO  64804                         §
      Serve:  CSC-Lawyers Inc.Service Co.  §
        221 Bolivar               §
        Jefferson City,  MO. 65101  §
                                     §

- 4 -

CJM FINANCIAL - HAMILTON HAULERS                §
1014 SE Lorenz Drive                            §
Ankeny, IA 50021                                §
        Serve:  Trent Murphy                    §
                1014 SE Lorenz Drive            §
                Ankeny, Iowa 50021              §
                                                §
CKR TRANSPORT, LTD                              §
770 N. Church Road                              §
Elmhurst, IL  60126                             §
        Serve:  Howard Schermerhorn             §
                770 N. Church Road #F           §
                Elmhurst, IL  60126             §
                                                §
CMZ HOTSHOTS SERVICES                           §
P.O. Box 548                                    §
El Dorado, TX 76963                             §
        Serve:  Carolina Zamora                 §
                207 Southwest Street            §
                        El Dorado, TX 76963     §
                                                §
COMDATA                                         §
5301 Maryland Way                               §
Brentwood, TN 37027-5055                        §
        Serve:  Corporation Service Company     §
                2908 Poston Avenue              §
                Nashville, TN 37203             §
                                                §
CREDIT EXPRESS INC. - ROUTE 66 AUTO             §
SHIPPERS                                        §
P.O. Box 4896                                   §
Buffalo Grove, IL  60089                        §
        Serve:  Alexander Narod                 §
                601 Skokie Blvd. 503            §
                Northbrook, IL 60062            §
                                                §
CRESTMARK TPG, LLC - JET INC.                   §
800 Crescent Center Dr., Ste. 620               §
Franklin, TN, 37067-7328                        §
        Serve:  Gayle Finger                    §
                5480 Corporate Drive, Ste. 350  §
                Troy, MI 48098-2642             §
                                                §

CSX INTERMODAL TERMINALS, INC.                    §
550 Water Street                                  §
Jacksonville, FL, 32202                           §
    Serve: C.T. Corporation System          §
        289 S Culver St                    §
        Lawrenceville, GA 30046-4805       §
                                               §
CW TRUCKING                                       §
4250 RT 94                                        §
Goshen, NY 10924                                  §
    Serve: United States Corp. Agents, Inc.  §
        7014 13th Avenue, Ste. 202         §
            Brooklyn, New York, 11228      §
                                               §
DAKOTALAND TRANSPORTATION INC.                    §
P.O. Box 84038                                    §
Sioux Falls, SD, 57118                            §
    Serve: Bruce Fowlds                      §
        25809 Trade Avenue                 §
        Sious Falls, SD 57107-6458         §
                                               §
DELUX TRANSPORT                                   §
3479 N. CR 020 E                                  §
Gays, IL 61928                                    §
    Serve: Jon M. Willoughby                 §
        3479 N. CR 020 E                   §
        Gays, IL 61928                     §
                                               §
DETERMINED TRANSPORT                              §
49 Cooper Court                                   §
Dallas, GA 30157                                  §
    Serve: Stephen Andre Jackson             §
        49 Cooper Courtt                   §
        Dallas, GA 30157                   §
                                               §
DLS MOTOR-TRANSPORT, LLC                          §
4813 Ridge Road - Suite 111-102                   §
Douglasville, GA 30134                            §
    Serve: David L. Stewart                  §
        4813 Ridge Road - Suite 111-102    §
        Douglasville, GA 30134             §
                                               §
DSG LOGISTICS                                     §
P.O. Box 2906                                     §
Norcross, GA 30091                                §
    Serve: Barbara Blair-Tolliver            §
        5495 Reps Trace                    §
        Norcross, GA 30071                 §

- 6 -

EAGLE CAPITAL - D&D ROCKSTAR                          §
TRUCKING                                             §
P.O. Box 4215                                        §
Tupelo, MS 38803-4215                                §
     Serve: Albert G. Delgadillo              §
         105 S. Front St., P O BOX 7120   §
         Tupelo, MS 38802                 §
                                                     §
ECAPITAL - BARNES UNLIMITED                          §
TRANSPORT                                            §
5940 S. Rainbow Blvd., Suite 4012                    §
Las Vegas, NV 89118                                  §
     Serve: Paracorp Incorporated              §
         318 N. Carson Street, Suite 208  §
         Carson City, NV                  §
                                                     §
                                                     §
ECHO GLOBAL LOGISTICS, INC.                          §
22168 Network Place                                  §
Chicago, IL 60673                                    §
     Serve: Illinois Corporation Service       §
         801 Adlai Stevenson Drive        §
         Springfield, IL 62703            §
EDE, INC.                                            §
2766 Saddlewood Lane                                 §
Palm Harbor, FL 34685                                §
     Serve: Dariusz Balcerek                   §
         3578 Edington Way                §
         Palm Harbor, FL 34685            §
                                                     §
F.E.T.                                               §
3572 Abbotsford Street                               §
North Port, FL 34287                                 §
     Serve: Frank Todd                         §
         1201 NE 14TH AVE                 §
         Cape Coral, FL 33909             §
                                                     §
FANS TRANSPORTATION                                  §
13280 Amar Road                                      §
City of Industry, CA 91746                           §
     Serve: Jenny Jia Zheng                    §
         925 W Duarte Road Apt. A         §
         Arcadia,CA 91007                 §
                                                     §
                                                     §
                                                     §
                                                     §

- 7 -    §

FINANCIAL CARRIER SERVICES, INC. - ESCO    §
TRANSPORTATION                              §
13325 S. Point Blvd., Ste. 300             §
Charlotte, NC 28273-5884                    §
    Serve:  Joseph Safina              §
        1517 Ponce De Leon Dr.     §
        Fort Lauderdale, FL 33316  §
                                           §
FIRST LINE FUNDING – BRICKER               §
TRANSPORT                                  §
1108 Washington Avenue S                   §
Madison, SD 57042                          §
    Serve:  Jade Wolf                  §
        1108 Washington Avenue S   §
        Madison, SD 57042          §
                                           §
FIRST LINE FUNDING – GRACE TRANSPORT       §
1108 Washington Avenue S                   §
Madison, SD 57042                          §
    Serve:  Jade Wolf                  §
        1108 Washington Avenue S   §
        Madison, SD 57042          §
                                           §
FIRSTLINE FUNDING - NASH                   §
P.O. Box 328                               §
Aberdeen, SD  57402                        §
    Serve:  Jade Wolf                  §
        1108 Washington Avenue S   §
        Madison, SD 57042          §
                                           §
FIRSTLINE FUNDING – VELOCITY  BY GRACE     §
P.O. Box 328                               §
Aberdeen, SD 57402                         §
    Serve:  Jade Wolf                  §
        1108 Washington Avenue S   §
        Madison, SD 57042          §
                                           §
FLEETONE FACTORING - HERMES NVC            §
613 Bakertown Rd.                          §
Antioch, TN 37013-2657                     §
    Serve:  Corporation Service Company  §
        2908 Poston Avenue         §
        Nashville, TN 37203        §

- 9 -

FLEETONE FACTORING - OCEAN STAR
TRANSPORTATION, LLC
613 Bakertown Rd.
Antioch, TN 37013-2657
      Serve:   Corporation Service Company
               2908 Poston Avenue
               Nashville, TN 37203

FOX TRANSPORT CO.
P.O. Box 153
Paxton, IL 60957
      Serve:  Wilma J. Kuznacki
              303 E. Orleans Street
              P.O. Box 153
              Paxton, IL 60975

FREIGHT FACTORING SPEC. -BATAILLE
HAULING SVCS
3284 N. 29th Court
Hollywood, FL 33020
      Serve:  Newman Holdings, LLC
              3284 N 29 Ct
              Hollywood, FL 33020

GAP TRANSPORTATION, LLC
1405 S. Wilson Avenue
Metairie, LA 70003
      Serve:  Curtis Lawrence
              1405 S. Wilson Ave.
              Metairie, LA 70003

GELLA STAR TRANSPORT, LLC
28226 51st Place South
Auburn, WA 98001
      Serve:  T. Sam
              28226 51St Place South
              Auburn, WA 98001

GLOBAL BUSINESS INTERGROUP
4150 Spring Cove Drive
Duluth, GA 30097
      Serve:  Siarhei Leonau
              4150 Spring Cove Drive
              Duluth, GA 30097

GLOBAL EXPEDITED, INC.
208 Harristown Road - Suite 201
Glen Rock, NJ  07452
  Serve:  Registered Agent
    208 Harristown Road - Suite 201
    Glen Rock, NJ  07452

GREATWIDE DALLAS & MAVIS, LLC
P.O. Box 405828
Atlanta, GA  30384-5828
  Serve:  Dallas & Mavis Spec.Carrier Co.
    3819 Towne Crossing Blvd., Ste. 100
    Mesquite TX 75150

GREGORY TRANSPORT 1 INC.
3214 N. Kostner Avenue
Chicago, IL  60641
  Serve:  Sergio Gonzales
    3325 Kenneth
    Chicago, IL  60641

GULF COAST BUSINESS CREDIT - 1ST TIME
TRANSPORTATION
200 St. Charles Avenue
New Orleans, LA 70130
  Serve:  Wade Hladky
    200 St. Charles Avenue
    New Orleans, LA 70130

GULF COAST BUSINESS CREDIT -
IRONHORSE CARRIERS
200 St. Charles Avenue
New Orleans, LA 70130
  Serve:  Wade Hladky
    200 St. Charles Avenue
    New Orleans, LA 70130

HAGWOOD TRANSPORTATION SVCS, INC §
P.O. Box 764302 §
Dallas, TX 75376 §
     Serve: James W. Hagwood §
         1999 Bryan St., STE. 900 §
         Dallas, TX 75201 §
 §
IKES TRUCKING §
585 Smith Road §
Mifflinburg, PA 17844 §
     Serve: Isaac B. Stoltzfus §
         585 Smith Road §
         Mifflinburg, PA 17844 §
 §
INTERSTATE CAPITAL - J HUGHES HOT SHOT §
TRANSPORTATION §
P.O. Box 915183 §
Dallas, TX 75391-5183 §
     Serve: Interstate Financial Corporation §
         1255 Country Club Rd., #D §
         Santa Teresa, New Mexico 88008 §
 §
INTERSTATE CAPITAL – KAPTAN, LLC §
P.O. Box 915183 §
Dallas, TX 75391-5183 §
     Serve: Interstate Financial Corporation §
         1255 Country Club Rd., #D §
         Santa Teresa, New Mexico 88008 §
 §
INTERSTATE CAPITAL – RANDALL STUBBS §
TRUCKING §
P.O. Box 915183 §
Dallas, TX 75391-5183 §
     Serve: Interstate Financial Corporation §
         1255 Country Club Rd., #D §
         Santa Teresa, New Mexico 88008 §
 §
ITHRIVE - LONGHORN LARAMIE EXPRESS §
P.O. Box 25357 §
Salt Lake City, UT 84125-0357 §
     Serve: Juan G. Vargas §
         1110 Cortez Street §
         Donna, TX 78537 §

J. LINE, INC                                        §
370 Wampanoag TrailEast                             §
Providence, RI  02915                               §
    Serve:  Drew P. Kaplan                      §
        One Park Row, Ste. 300              §
        Providence, RI   02903              §
                                                   §
JAGIM TRANSPORTATION, INC.                          §
P.O. Box 206                                        §
Watsontown, PA, 17777                               §
    Serve:  Michelle Singh                     §
        4335 Paradise Road                  §
        Watsontown, PA, 17777-8808          §
                                                   §
                                                   §
                                                   §
J..E.T. OF SEARCY                                   §
2556 Eastline Road                                  §
Searcy, AR 72143                                    §
    Serve:  Dustin Joyner                      §
        514 Honey Hill Road                 §
        Searcy, AR  72143                   §
                                                   §
                                                   §
                                                   §
JCC TRANSPORT                                       §
295 Naples Street                                   §
Mendota, CA  93640                                  §
    Serve:   Julio C. Carballo                 §
        1917 Jenning Street                 §
        Mendota, CA 93640                   §
                                                   §
JENEL LEODOR POPESCU, d/b/a                         §
O D TRUCKING                                        §
4055 Crescent Walk Ln.                              §
Suwanee, GA 30024                                   §
    Serve: Jenel Leodor Popescu                §
        4055 Crescent Walk Ln.              §
        Suwanee, GA 300024                  §
                                                   §
JOHNNY TRANS LLC                                    §
P.O. Box 822963                                     §
Vancouver, WA  98682                                §
    Serve: Eugene Golovin                      §
        8416 NE 85TH DR                     §
        Vancouver, WA 98662                 §

- 13 -

JY TRANSPORATION, INC.                          §
15120 Don Julian Road                           §
City of Industry, CA  91746                     §
      Serve:  Fei Li                         §
            15120 Don Julian Road          §
            Hacienda Heights, CA  91745    §
                                          §
KATSS & S, LLC                                  §
219 Swiss Street                                §
Dixon, IL 61021                                 §
      Serve:  Mary S. Willett                §
            219 Swiss Street               §
            Dixon, IL 61021                §
                                          §
GLOBAL TRUCKING, LLC                            §
5437 Spring Hill Drive                          §
Spring Hill, FL 34606                           §
      Serve:  Sal L. Messina                 §
            5437 Spring Hill Drive         §
            Spring Hill, FL 34606          §
                                          §
LANDSTAR GLOBAL LOGISTICS                        §
P.O. Box 784293                                 §
Philadelphia, PA  19178-4293                    §
      Serve:  C.T. Corporation System        §
            1200 Sout Pine Island Road     §
            Plantation, FL 33324           §
                                          §
LANITA SPECIALIZED, LLC                          §
7630 Lancaster Ave.                             §
Mt. Aetna, PA 19544                             §
      Serve:  Wanita Diller                  §
            7630 Lancaster Ave.            §
            Mt. Aetna, PA 19544            §

- 14 -

LATUL TRANSPORTATION, LLC        §
4868 S. Riviera Street        §
Centennial, CO  80015        §
Serve:  Valentin Latul        §
         4868 S. Riviera St.        §
         Centennial, CO 80015        §
       §
LIBERTY TRANSIT        §
2140 44th St SE, Ste 306        §
Grand Rapids, MI 49508        §
         Serve:  Elfid Kovacevic        §
         2140 44th St SE, Ste 306        §
         Grand Rapids, MI 49508        §
       §
LOPER TRUCKING        §
1704 Loper Warrick Road        §
Millry, AL  36558        §
         Serve:  Joseph Michael Loper        §
         1704 Loper Warrick Road        §
         Millry, AL  36558        §
       §
M & K LOGISTICS        §
7405 Old Fort Bayou Road        §
Ocean Springs, MS 39564        §
         Serve:  Michael Jenner        §
         7405 Old Fort Bayou Rd.        §
         Ocean Springs, MS 39564        §
       §
MARQUES TRANSPORTATION        §
8138 Foothill Blvd., Ste. 205        §
Sunland, CA 91040        §
         Serve:  Manasi Dounkia        §
         7832 Foothill Blvd., Ste. B        §
         Sunland, CA, 91041        §
       §
MARROQUIN TRANSPORT, INC.        §
527 Wild Wind        §
Houston, TX  77030        §
Serve: Josue L. Marroquin        §
         527 Wildwind        §
         Houston, TX 77013        §

MATCH FACTORS - PRIVATEER SOLUTIONS §
P.O. Box 13259 §
Florence, SC  29504 §
Serve:  Bert Belk §
       2736 TV Road §
       Florence, SC   29501 §
 §
MID CONTINENT VAN SERVICE, INC. §
148 Millwell Drive, Ste. 1 §
Maryland Heights, MO  63043 §
      Serve:  Nondes J. Costello §
         148 Millwell Drive, Ste. 1 §
         Maryland Heights, MO 63043 §
 §
MIKE COLLINS TRUCKING §
P.O. Box 142 §
Maynardville, TN  37807 §
      Serve:  Mike Collins §
         1032 Fox Hunter Road §
         Maynardville, TN  37807 §
 §
MLS OFFICIAL TRANSPORT §
701 Triune Mill Road §
Thomaston, GA  30286 §
      Serve:  Marlon Sheffield §
         701 Triune Mill Road §
         Thomaston, GA  30286 §
 §
MVP LOGISTICS §
P.O. Box 1347 §
Riverton, UT 84065 §
      Serve:   Valentin Pupo §
         9026 Mountain Lakes Ave. §
         Las Vegas, NV 89147 §
 §
NATIONWIDE EXPRESS, INC. §
3395 Fox Street, 101C §
Duluth, GA, 30096 §
      Serve:  William Main §
         3395 Fox Street §
            Duluth, GA 30096 §
 §
 §

NATIONWIDE TRANSPORT FINANCE-  §
G&G SPECIALIZED CARRIERS  §
P.O. Box 81860  §
Las Vegas, NV 89180  §
   Serve: David P. Carney  §
     9820 Red Coach Circle  §
      Las Vegas, NV 89129  §
   §

OAK HILL CAPITAL - PEI  §
P.O. Box 744  §
Red Bank, NJ 07701  §
Serve: Four Winds Capital Group  §
   Attn: John Frieze  §
   P.O. Box 744  §
   Red Bank, NJ 07701  §
   §

ORANGE COMMERCIAL CREDIT - DELTA  §
EXPRESS, INC.  §
2415 Heritage Ct. SW  §
Olympia, WA 98502  §
   Serve: Anthony Kinninger  §
     2415 Heritage Ct. SW  §
     Olympia, WA 98502  §
   §

PANTHER TRUCKING  §
P.O. Box 370  §
Russellville, AL 35654  §
   Serve: Steven D. Hammack  §
     531 St. Clair Street Southeast  §
     Russellville, AL 35653  §
PORTER TRUCKING  §
203 McDevitt Drive  §
Shiloh, GA 31826  §
   Serve: Travis Porter  §
     203 McDevitt Drive  §
     Shiloh, GA 31826  §
   §

POWELL TRANSPORTATION CO., INC.  §
2348 Hwy 98 East  §
Columbia, MS 39429  §
   Serve: Barry W. Powell  §
     2348 Hwy 98 East  §
     Columbia, MS 39429  §

PRIORITY 1, INC. §
P.O. Box 398 §
North Little Rock, AR 72115 §
  Serve: Kenneth C. Hamilton §
    1800 East Roosevelt Road §
    Little Rock, AR 72206 §
§
PROBILLING & FUNDING SERVICE - J&P §
TRUCKING, INC. §
401 Lee St NE, Ste 500 §
Decatur, AL 35601-1923 §
  Serve: Gwen Parker §
    401 Lee St. NE, Ste 500 §
    Decatur, AL 35601-1923 §
§
PROSERV LOGISTICS, LLC §
1026 Branna Road §
McDonough, GA 30253 §
  Serve: John Fleischman §
    1026 Brannan Road §
    McDonough, GA 30253 §
§
QUICK CARRIER, LLC §
1501 S. Kinderhook Avenue §
Sioux Falls, SD 57106 §
  Serve: Oleksandr Polishchuk §
    1501 S. Kinderhook Avenue §
    Sioux Falls, SD 57106 §
§
QUICKPAY FUNDING – ASL TRANSPORT §
& SERVICE §
6150 Lusk Blvd., Suite B201 §
San Diego, CA 92121 §
  Serve: Tabitha Ranley §
    695 Town Center Drive, Suite 700 §
    Costa Mesa, CA 92626 §
§
§
R B HUMPHREYS, INC. §
5549 State Route 233 §
Westmoreland, NY 13490 §
Serve: Marvin Vanflyke §
  5549 State Route 233 §
  Westmoreland, NY 13490 §

R2 LOGISTICS, LLC                                          §
607 Union Pacific Blvd, Ste. B                             §
Laredo, TX  78045                                         §
Serve: Rolando E. Rodriguez                               §
       804 E. Price St.                                §
       Laredo, TX 78041                                §
                                                          §
RE BUILDING                                               §
P.O. Box 2527                                             §
Conway, AR  72033                                         §
      Serve:  Mr. Ronnie Ellison                        §
         5 Jared Lane                               §
         Conway, AR 72032                          §
                                                          §
RE TRANSPORTATION                                         §
P.O. Box 3724                                             §
Carol Stream, IL  60132-3724                              §
Serve:  Bujar Bobani                                      §
      7141 N Kedzie Ave. Apt. 1403                    §
      Chicago, IL   60645                             §
                                                          §
REDLINE TRUCKING, INC.                                    §
535 Modern Way                                            §
Bowling Green, KY  42101                                  §
      Serve:  Elvedina Hotilovac                        §
        620 Rodeo Lane                             §
        Bowling Green, KY  42101                   §
                                                          §
ROAD KING TRANSPORT AND LOGISTICS,                        §
LLC                                                       §
4147 Jerilynn Court                                       §
Tucker, GA 30084                                          §
      Serve: Yolanda King                               §
        4147 Jeri Lynn Court                        §
        Tucker, GA 30084                           §
                                                          §
ROAD KINGS TRANSPORT LLC                                  §
2496 West Emaus Avenue, Apt. 8                            §
Allentown, PA 18103                                       §
      Serve:  John Tluczek                              §
        2496 West Emaus Avenue, Apt. 8             §
        Allentown, PA 18103                        §
                                                          §

ROADRUNNER TRANSPORTATION SERVICES     §
1431 Opus Place, Suite 530     §
Downers Grove, IL, 60515     §
     Serve:  C.T. Corporation System     §
          208 SO LaSalle St., Ste. 814     §
          Chicago, IL  60604     §
           §

ROADSTAR TRANSPORT, INC.     §
5323 Philips Hwy     §
Jacksonville, FL  32207     §
Serve:  Sergey Rusev     §
       5323 Phillips Hwy.     §
       Jacksonville, FL  32207     §
       §

ROGER HENSON TRUCKING, LLC     §
P.O. Box 659     §
Bolivar, TN  38008     §
     Serve:  Roger Henson     §
          160 Deer View Lane     §
          Bolivar, TN  38008-3557     §
           §

ROLAND DAVIS TRUCKING, INC.     §
12051 FM 2709     §
Eustace, TX  75124     §
     Serve:  Roland Davis     §
          12051 FM 2709     §
          Eustace, TX  75124     §
           §

ROUTE 66 LOGISTICS INC.     §
1749 West Golf Road, Suite 338     §
Mount Prospect, Illinois 60056     §
     Serve:  Edyta Ksiag     §
          600 Tollgate Road, Ste. C     §
          Elgin, Illinois, 60123     §
           §

RTS FINANCIAL - FAST LANE TRANSIT     §
1330 Post Oak Blvd, STe 1600     §
Houston, TX 77056-3072     §
     Serve:  Ronald T. Shefman     §
          1330 Post Oak Blvd., Ste. 1600     §
          Houston, TX 77056     §
           §

RTS FINANCIAL – FOX C GROUP                    §
1330 Post Oak Blvd, STe 1600                   §
Houston, TX 77056-3072                         §
         Serve:  Ronald T. Shefman             §
                 1330 Post Oak Blvd., Ste. 1600 §
                 Houston, TX 77056             §
                                               §
RTS FINANCIAL - LA ROMA TRANSPORT              §
1330 Post Oak Blvd, STe 1600                   §
Houston, TX 77056-3072                         §
         Serve:    Ronald T. Shefman           §
                 1330 Post Oak Blvd., Ste. 1600 §
                 Houston, TX 77056             §
                                               §
RTS FINANCIAL - LIBERTY TRANSIT, LLC           §
1330 Post Oak Blvd, STe 1600                   §
Houston, TX 77056-3072                         §
         Serve:  Ronald Shefman                §
                 1330 Post Oak Blvd., Ste. 1600 §
                 Houston, TX 77056             §
                                               §
RTS FINANCIAL - RUN DIRECT                     §
1330 Post Oak Blvd, STe 1600                   §
Houston, TX 77056-3072                         §
         Serve:    Ronald T. Shefman           §
                 1330 Post Oak Blvd., Ste. 1600 §
                 Houston, TX 77056             §
                                               §
RTS FINANCIAL - SALAS EXPRESS, LLC             §
1330 Post Oak Blvd, STe 1600                   §
Houston, TX 77056-3072                         §
         Serve:  Ronald T. Shefman             §
                 1330 Post Oak Blvd., Ste 1600 §
                 Houston, TX 77056             §
                                               §
RTS FINANCIAL - SS CARRIER, INC.               §
1330 Post Oak Blvd, STe 1600                   §
Houston, TX 77056-3072                         §
         Serve:  Ronald. T. Shefman            §
                 1330 Post Oak Blvd., Ste. 1600 §
                 Houston, TX 77056             §
                                               §

RTS FINANCIAL – TRANS LINES.                §
1330 Post Oak Blvd, STe 1600                §
Houston, TX 77056-3072                      §
      Serve:    Ronald T. Shefman      §
            1330 Post Oak Blvd., Ste. 1600    §
            Houston, TX 77056     §
    §

RTS FINANCIAL - UA TRUCKING                 §
1330 Post Oak Blvd, STe 1600                §
Houston, TX 77056-3072                      §
      Serve:   Ronald T. Shefman       §
            1330 Post Oak Blvd., Ste. 1600    §
            Houston, TX 77056     §
    §

SHAW TRANSPORT & HAULING, LLC               §
P.O. Box 8357                               §
Panama City, FL  32409                      §
      Serve:  Harold C. Miller, III      §
            2105 Bear Head Road       §
            Southport, FL 32409       §
    §

SCHIBI TRANSPORTATION, LLC                  §
1509 N. Ohio Avenue                         §
Sedalia, MO  65301                          §
      Serve:  Rick Schiibi        §
            1509 N. Ohio Avenue       §
            Sedalia, MO  65301        §
    §

SHIPPERS PREFERRED EXPRESS, INC.            §
2224 NW Grand Avenue                        §
Phoenix, AZ  85009                          §
      Serve:  Zeljko Vincic       §
            6504 N. 40TH PLACE    §
            Paradise Valley, AZ 85253    §
            Houston, TX 77056         §
    §

SKYLIGHT EXPRESS LOGISTICS, INC.            §
1104 Corporate Way                          §
Sacramento, CA 95831                        §
      Serve: Anthony Avanessian      §
            1104 Corporate Way        §
            Sacramento, CA 95831      §

SKYLINE EXPRESS, LLC                          §
4520 Plantation Mill Trail                    §
Buford, GA  30519                             §
  Serve:  Andrey Drotenko           §
    4520 Plantation Mill Trail    §
    Buford, GA  30519      §
                                          §
SMART TRANSPORT, INC                          §
1815 SE 177th Avenue                          §
Portland, OR  97233                           §
  Serve:  Igor Snegur               §
    1815 SE 177TH AVE      §
    Portland, OR  97233    §
                                          §
SPRINGBROOK EXPRESS, LLC                      §
1302 Oak Street                               §
Bloomer, WI  54724                            §
Serve:  Paul Lofthus                          §
   1302 OAK ST                  §
   Bloomer, WI  54724-1643      §
                                          §
STARRETT SERVICE, INC.                        §
P.O Box 526                                   §
Massillon, OH  44648                          §
  Serve:  N. Dwayne Boss            §
    P.O Box 526            §
    Massillon, OH  44648   §
                                          §
S&S TRUCKING                                  §
14400 Co Rd 12                                §
Berry, AL  35546                              §
  Serve:  Herman Stanley Sanford    §
    14400 Co Rd 12         §
    Berry, AL  35546       §
                                          §
SUNBELT FINANCE, LLC  – DREAMER               §
LOGISTICS                                     §
2900 Browns Lane                              §
Jonesboro, AR 72401                           §
  Serve:  Mickey Seeman             §
    2900 Browns Lane       §
    Jonesboro, AR 72401    §

SUNONE LOGISTICS, LLC                          §
566 Baxley Highway                             §
P.O. Box 712                                   §
Hazelhurst, GA 31539                           §
    Serve:  C.T. Corproration System     §
        289 S Culver St              §
        Lawrenceville, GA 30046-4805 §
                                     §
SUPER DAN TRUCKING, LLC                        §
1134 Shaffer Trail                             §
Oviedo, FL  32765                              §
    Serve:  Daniels S. Piela             §
        1134 Shaffer Trail           §
        Oviedo, FL  32765            §
                                     §
SUPERIOR POWER SPECIALIST, LLC                 §
P.O. Box 1229                                  §
Carrollton, GA  30112                          §
Serve:  Katrina Thompson                       §
    2700A Banning Road                   §
    Carrollton, GA  30116                §
                                         §
TAFS, INC. – KK'S TRUCKING                     §
19865 W 156th St                               §
Olathe, KS 66062                               §
    Serve:  SBLSG Registered Agent, LLC   §
        9300 West 110th Street, Suite 200 §
        Overland Park, KS 66212      §
                                     §
TAFS, INC. – LIBERTY FREIGHT TRANSPORT         §
19865 W 156th St                               §
Olathe, KS 66062                               §
    Serve:  SBLSG Registered Agent, LLC   §
        9300 West 110th Street, Suite 200 §
        Overland Park, KS 66212      §
                                     §
TAFS, INC. – MONEYPENNY TRUCKING               §
19865 W 156th St                               §
Olathe, KS 66062                               §
    Serve:  SBLSG Registered Agent, LLC   §
        9300 West 110th Street, Suite 200 §
        Overland Park, KS 66212      §

TAFS, INC. – WILLIAM BURKE                    §
19865 W 156th St                              §
Olathe, KS 66062                              §
     Serve:  SBLSG Registered Agent, LLC        §
        9300 West 110th Street, Suite 200   §
        Overland Park, KS 66212                §
                                               §
TAG TRANS INC.                                §
7701 S. Grant Street, Ste. D                  §
Burr Ridge, IL  60527                         §
     Serve:  Aleksandra Sarieve                §
        7701 S Grant Street Ste. D             §
        Burr Ridge, IL  60517                  §
                                               §
TAYLORSVILLE FREIGHT SERVICE, LLC             §
4895 Paul Payne Store Road                    §
Taylorsville, NC  28681                       §
Serve: United States Corp. Agents, Inc.       §
       4895 Paul Payne Store Road             §
       Taylorsville, NC  28681                §
                                              §
TBS LOGISTICS, LLC - GOODY BOY                §
HAULING                                       §
P. O. Box 210513                              §
Kansas City, MO  64121-0513                   §
     Serve:  Travis M. Smith                   §
        6700 Wilson Ave.                       §
        Kansas City, MO 64125                  §
                                               §
TBS LOGISTICS, LLC - SNM LOGISTIC             §
6700 Wilson Rd.                               §
Kansas City, MO 64125                         §
P. O. Box 210513                              §
     Serve:  Travis M. Smith                   §
        6700 Wilson Ave.                       §
        Kansas City, MO 64125                  §
                                               §
TCI BUSINESS CAPITAL, INC. - MP EXPRESS,      §
INC.                                          §
12270 Nicollet Ave. S                         §
Burnsville, MN 55337                          §
     Serve:  Daniel Robbins                    §
        12270 Nicollet Ave. S                  §
        Burnsville, MN 55337                   §

TEX-MEX TRANSPORT                                §
16718 Espinosa Drive                             §
Houston, TX  77083                               §
     Serve:  Yadier Rivero                §
           6707 Creek Village Dr.            §
           Katy, TX 77449                   §
                                             §
TITAN EXPRESS, LLC                               §
2155 Creole Circle                               §
Cumming, GA  30040                               §
     Serve:  Murad R. Ibragimov          §
           2155 Creole Circle               §
           Cumming, GA  30040               §
                                             §
TITAN TRANSPORT, LLC                             §
1166 Curtis Street                               §
Monroe, NC  28112                                §
Serve:  Joe P. McCollum                          §
       1166 Curtis Street                       §
       Monroe, NC 28112                         §
                                             §
TITI, TRANSPORT INC.                             §
81 E 39 Street                                   §
Hialeah, FL 33013                                §
     Serve: Humberto Garciga             §
          472 East 12th Street             §
          Hialeah, FL, 33010               §
                                             §
TOTAL LOGISTICS                                  §
14 Redmond Court, NW                             §
Rome, GA  30165                                  §
     Serve:  Rich Gilbert                §
          14 Redmond CT                    §
          Rome, GA  30165                  §
                                             §
TRAIL LINES, INC.                                §
P.O. Box 3567                                    §
Santa Fe Springs, CA  90670                      §
     Serve:  Iris B. Spivak              §
          24730 Calvert Street             §
          Woodland Hills, CA  91367        §

TRANS RECOVERY - DH TRANSPORTATION   §
c/o Trans Recovery Solutions   §
6915 Crumpler Blvd   §
Olive Branch, MS  38654   §
    Serve:  William McElhaney   §
        7559 Eassayons Drive   §
        Southaven, MS  38672   §
  §
  §
  §
TRANS-LEASE MID CONTINENT VAN   §
148 Millwell Drive   §
Maryland Heights, MO  63043   §
    Serve:  Kent B. Costello   §
        148 Millwell Drive   §
        Maryland Heights, MO 63043   §
  §
TRANSPORT US   §
4420 Beloit Drive, Ste. 20   §
Sacramento, CA  95838   §
    Serve:  Vyacheslav Sidorchuk   §
        4420 Beloit Drive, Ste. 20   §
        Sacramento, CA  95838   §
  §
TRIUMPH BUSINESS CAPITAL, d/b/a   §
ADVANCE BUSINESS CAPITAL, LLC -   §
BOSKURT TRANSPORT INC.   §
701 Canyon Drive, Ste 105   §
Coppell, TX 75019-3873   §
    Serve:  Corporation Service Company, d/b/a   §
        CSC – Lawyers Inco.   §
        211 E. 7th Street, Suite 620   §
        Austin, TX 78701   §
  §
TRUCKER PATH, INC.   §
205 W. 9th St. 4th Floor   §
Austin Tx. 78701   §
    Serve:  Charisse Castagnoli   §
        General Counsel   §
        205 W. 9th St. 4th Floor   §
        Austin Tx. 78701   §
  §
TRYON TRUCKING, INC.   §
P.O. Box 68   §
Forest Hills, PA  19030   §
    Serve:  Barry K. Meklir   §
        1100 Bristol Pike - PO BOX 68   §
        Fairless Hills PA 19030-0068

- 27 -

UNITY TRANS INC.

VERO BUSINESS CAPITAL - A M BAKER                    §
TRUCKING                                             §
813 Ridge Lake Blvd.                                 §
Memphis TN 38120                                     §
     Serve:  Paracorp Incorporated                §
          992 Davidson Drive Ste. B           §
          Nashville, TN  37205-1051           §
                                                 §

VERO BUSINESS CAPITAL - DH                           §
TRANSPORTATION, INC.                                 §
813 Ridge Lake Blvd.                                 §
Memphis TN 38120                                     §
     Serve:  Paracorp Incorporated                §
          992 Davidson Drive Ste. B           §
          Nashville, TN  37205-1051           §
                                                 §

WALLACE FACTORING, LLC – EIGHT                       §
TRANSPORTATION                                       §
6341 Clay-Tilden Road                                §
P.O. Box 988                                         §
Fulton, MS 38843                                     §
Serve:  Frankie  Wallace                             §
       6341 Clay-Tilden Road               §
       Fulton, MS  38843                   §
                                                 §

WALLACE FACTORING – FITTS TRUCKING                   §
6341 Clay-Tilden Road                                §
P.O. Box 988                                         §
Fulton, MS 38843                                     §
Serve:  Frankie  Wallace                             §
       6341 Clay Tilden Road               §
       Fulton, MS  38843                   §
                                                 §

WALLACE FACTORING - QUAD L                           §
TRANSPORT                                            §
6341 Clay-Tilden Road                                §
P.O. Box 988                                         §
Fulton, MS 38843                                     §
Serve:  Frankie  Wallace                             §
       6341 Clay Tilden Road               §
       Fulton, MS  38843                   §

WALLACE FACTORING - WINSTON TRANS          §
6341 Clay-Tilden Road                      §
P.O. Box 988                               §
Fulton, MS 38843                           §
  Serve:  Frankie   Wallace      §
    6341 Clay Tilden Road   §
    Fulton, MS  38843       §
                                           §
WALLACE FACTORING - SOUTHERN               §
ARMOUR                                     §
6341 Clay-Tilden Road                      §
P.O. Box 988                               §
Fulton, MS 38843                           §
Serve:  Frankie   Wallace                  §
  6341 Clay Tilden Road          §
  Fulton, MS  38843              §
                                           §
WE HAUL                                    §
481 Garner Road                            §
Selma, NC  27576                           §
  Serve:  Pamela C. Turner       §
    481 Garner Road     §
    Selma, NC   27576   §
                                           §
WEST TRANS AUTO, INC.                      §
1136-3 Centre Street, Ste. 390             §
Thornhill, On L4J3M8                       §
CANADA                                     §
Serve:  Mikhail Drozdov                    §
  1136-3 Centre Street, Ste. 390 §
  Thornhill, On L4J3M8 CANADA    §
                                           §
WORTHING TRANSPORTATION CO., LLC           §
3085 Chadbourne Trail                      §
Alpharetta, GA  30004                      §
  Serve:  Badal K. Chitadze      §
    3085 Chadbourne Trail   §
    Alpharetta, GA  30004   §
                                           §
XPO LOGISTICS                              §
27846 Network Place                        §
Chicago, IL  60673-1278                    §
  Serve: Registered Agent Solutions, Inc.   §
    750 Old Main St., Ste. 300   §
    Rocky Hill, CT 060067   §

- 29 -

XPRESS TRANSPORTATIONS, LLC          §
3682 County Road 52                           §
Notasulga, AL  36866                          §
    Serve:  Lashon Howard               §
        3682 County Road 52              §
        Notasulga, AL  36866            §
ZG LOGISTICS                                   §
501 Desert Chief                              §
Laredo, TX  78045                             §
    Serve:  Alfredo Guajardo             §
        602 Boise Way                    §
        Laredo, TX 78041                §
                                §
           Defendants in Interpleader.   §

## COMPLAINT FOR INTERPLEADER

Comes the Plaintiff, Hudson Insurance Company (hereinafter "Hudson"), by counsel, and for its Complaint for Interpleader against the Inerpleader Defendants; 18 Speed Trucking; 918 Transport, LLC; Accent Transport; AGA Express, LLC; Alpine Express, LLC; Altpro; Americars Transportation, Inc.; Apex Capital Corp. - Gomez Trucking; Apex Capital Corp. - Lyon Express; Arcbest, d/b/a Panther Premium Log; AST Inc. of Illinois; Atlantic Coast Carriers, Inc.; Bah Express-Vessell; R&R Express Inc; BAM Capital, LLC- Nile Express, LLC; Basingen Group-1A Intermodal; Baylor Trucking; BD&J Trucking, LLC; Birkey Trucking; Blue Star Services, LLC; Boskurt Transport; BQT Inc.; Bud Trucking; C&W Trucking; Capital Energy Solution; CAST Transportation; CD Consortium - Accent Transportation; CFI; CJM Financial-Hamilton Haulers; CKR Transport, LTD; CMZ Hotshots Services; ComData; Credit Express Inc. - Route 66 Auto Shippers; Crestmark TPG, LLC - Jet Inc.; Crossroad Logistics & Transport; CSX Intermodal; CW Trucking; Dakotaland Transportation Inc.; Delux Transport; Determined Transport;  DLS Motor-Transport, LLC; DSG Logistics; Eagle Capital - D&D Rockstar Trucking; ECapital - Barnes Unlimited Transport; Echo Global Logistics, Inc.; Ede Inc.; F.E.T.; FANS Transportation; Financial

- 30 -

Carrier Services Inc.- Esco Transportation; Firstline Funding – Bricker Transport; Firstline Funding – Grace Transportation; Firstline Funding - Nash; Firstline Funding – Velocity By Grace; Fleetone Factoring – Hermes NVC; Fleetone Factoring - Ocean Star Transportation, LLC; Fox Transport Co.; Freight Factoring Specialists - Bataille Hauling Svcs; GAP Transportation, LLC; Gella Star Transport, LLC; Global Business Intergroup; Global Expedited, Inc.; Greatwide Dallas & Mavis, LLC; Gregory Transport 1 Inc.; Gulf Coast Business Credit - 1st Time Transportation; Gulf Coast Business Credit - Ironhorse Carriers; Hagwood Transportation SVCS, Inc.; Ikes Trucking; Interstate Capital - J Hughes Hot Shot Transportation; Interstate Capital - Kaptan, LLC; Interstate Capital - Randall Stubbs Trucking; Ithrive - Longhorn Laramie Express; J Line, Inc; Jagim Transportation, Inc.; J.E.T. of Searcy; JCC Transport; Jenel Leodor Popescu – d/b/a O D Trucking; Johnny's Trans LLC; JY Transportation Inc.; JWR Transportation; KATSS & S, LLC; Global Trucking LLC; Landstar Global Logistics; Lanita Specialized LLC; Latul Transportation, LLC; Liberty Transit; Loper Trucking; M & K Logistics; Marques Transportation; Marroquin Transport, Inc.; Match Factors - Privateer Solutions; Mid Continent Van Service, Inc.; Mike Collins Trucking; MLS Official Transport; MVP Logistics; Nationwide Express, Inc.; Nationwide Transport Finance, LLC - G&G Specialized Carriers; OD Trucking; Oak Hill Capital – PEI; Orange Commercial Credit - Delta Express, Inc.; Panther Trucking; Porter Trucking; Powell Transportation Co. Inc.; Priority 1 Inc.; ProBilling & Funding Service - J&P Trucking Inc.; Proserv Logistics, LLC; Quick Carrier, LLC; QuickPay Funding - ASL Transport & Service; R B Humphreys, Inc.; R2 Logistics, LLC; RE Building; RE Transportation; Redline Trucking, Inc.; Road King Transport and Logistics, LLC; Road Kings Transport, LLC; Roadrunner Transportation Services; Roadstar Transport, Inc.; Roger Henson Trucking LLC; Roland Davis Trucking Inc.; Route 66 Logistics Inc.; RTS Financial - Fast Lane Transit; RTS Financial – Fox C Group; RTS Financial - La Roma Transport; RTS Financial –

Liberty Transit LLC; RTS Financial - Run Direct; RTS Financial - Salas Express, LLC;  RTS Financial – SS Carrier Inc.; RTS Financial –Trans Lines; RTS Financial –UA Trucking, LLC; Shaw Transport & Hauling LLC; Schibi Transportation LLC; Shippers Preferred Express Inc.; Skylight Express Logistics, Inc.; Skyline Express, LLC; Smart Transport Inc.; Starrett Service Inc.; Springbrook Express LLC; S&S Trucking; Sunbelt Finance – Dreamer Logistics; Sunone Logistics, LLC; Super Dan Trucking, LLC; Superior Power Specialist, LLC; TAFS – KK's Trucking; TAFS - Liberty Freight Transport; TAFS - Moneypenny Trucking; TAFS - William Burke; TAG Trans Inc.; Taylorsville Freight Service LLC; TBS Logistics, LLC - Goody Boy Hauling; TBS Logistics, LLC – SNM Logistics; TCI Business Capital, Inc. - MP Express Inc.; Tex-Mex Transport; Titan Express, LLC; Titan Transport, LLC; Titi Transport Inc.; Total Logistics LLC; Trail Lines Inc.; Trans Recovery – DH Transportation; Trans-lease Mid Continent Van; Transport US; Triumph Business Capital, d/b/a Advance Business Capital, LLC - Boskurt Transport Inc.; Tryon Trucking, Inc.; Unity Trans Inc.; Vero Business Capital - A M Baker Trucking; Vero Business Capital – DH Transportation, Inc.; Wallace Factoring – Eight Transportation; Wallace Factoring – Fitts Trucking; Wallace Factoring – Quad L Transport; Wallace Factoring - Southern Armour; Wallace Factoring – Winston Trans; We Haul; West Trans Auto Inc.; Worthing Transportation Co., LLC; XPO Logistics; Xpress Transportations  LLC; ZG Logistics(collectively referred to as "Defendants"), and each of them, and states the following:

## **JURISDICTION**

1.      Jurisdiction is conferred on this Honorable Court pursuant to 49 U.S.C. §14704, 49 U.S.C. § 10927, and 49 U.S.C. §13906 for actions relating to motor carrier broker bonds; 28 U.S.C. § 1441 for claims arising under laws of the United States including, but not limited to, 49 CFR §§ 300-399; 28 U.S.C. § 1337 for actions related to commerce; 28 U.S.C. § 1367 for claims

so related to the action that they form part of the same case or controversy; and 28 U.S.C. § 1352 which gives Federal District Courts original jurisdiction of any action on a bond executed under any law of the United States.

2.      Venue is proper with this Court pursuant to 28 U.S.C. §1391.

3.      The Plaintiff, Hudson, is a Florida corporation duly authorized to transact business in the State of Georgia, with its principal place of business located in Lake Mary, Florida.

4.      The individual Interpleader Defendants are claimants under a federal broker bond form BMC-84 issued by Hudson to 48 Express Inc. and personally guaranteed by the Defendants, Randall Johnson and Stephanie Johnson.

5.      48 Express Inc., is the assumed name of Graham Lewis Inc., a Georgia corporation, whose principal place of business is located at 219 Roswell Street, Ste. 250, Alpharetta, Georgia, 30009. Graham Lewis Inc., d/b/a 48 Express Inc., is not a party to this lawsuit at this time.

## COUNT I
## INTERPLEADER

6.      On, February 20, 2017, Hudson Insurance Company, as surety, pursuant to 49 U.S.C. §13906(b), issued a Broker's Surety Bond No. 10053221, Form BMC-84, in the penal sum of $75,000.00, to 48 Express Inc., as Principal, in favor of the United States of America for the use and benefit of any and all motor carriers or shippers to whom the Principal  may be legally liable for damages as a result of the Principal's failure to faithfully perform, fulfill, and carry out all contracts, agreements, and engagements made by the principal while the bond was in effect, as more fully described in said Bond. (See Plaintiff's Exhibit 1).

- 33 -

7. 48 Express Inc., is or was acting as a broker as that term is defined under 49 C.F.R. 371.2, which states that a broker is an entity who, for compensation, arranges, or offers to arrange, the transportation of property by an authorized motor carrier, but is not itself a motor carrier.

8. Hudson Insurance Company has since received notice of multiple claims under its Bond by various Bond claimants of 48 Express Inc. and who are named Interpleader Defendants herein. Based on present information, there are 176 potential claimants under the Bond, and total amount of said claims is in excess of $484,570.50.

9. Based on information and belief, the various contracts, agreements, and engagements made by the principal with the various claimants were entered into in the State of Georgia.

10. On November 6, 2017, Graham Lewis Inc., d/b/a 48 Express Inc. filed a Chapter 7 - Voluntary Petition for Non-Individuals Filing for Bankruptcy in the United States Bankruptcy Court for the Northern District of Georgia, Case No. 17-69448-mgd.

11. Thereafter, on November 10, 2017, Hudson Insurance Company filed a Cancellation Notice with the Federal Motor Carrier Safety Administration related to Bond No. 10053221 and said Cancellation Notice was ACCEPTED that same day and became effective thirty (30) days thereafter, on or about December 19, 2017. (See Plaintiff's Exhibits 3 and 4).

12. Hudson Insurance Company believes and expects that further claims may be forthcoming. The amount total of all claims submitted under the terms of the Bond exceeds the $75,000.00 penal sum of the Bond.

13. Pursuant to 49 U.S.C. 13906 (b)(6)(c)(ii) if a broker experiences financial failure or insolvency, claimants are entitled to recover a pro-rata share of such claim(s) if the total amount of such claims exceeds the financial security available. At present, the known amount of the bond claims exceeds the penal sum of the bond by more than $400,000.00.

14.    Hudson seeks to have the proceeds of the Bond disbursed in a manner consistent with the applicable regulation and equity.

15.    Based on information and belief, the following entities are current or potential claimants under the Bond:

| **CLAIMANT NAME** | **CLAIM** |
| --- | --- |
| 18 Speed Trucking | $800.00 |
| 918 Transport, LLC | $900.00 |
| Accent Transportation | $1,500.00 |
| AGA Express, LLC | $1,400.00 |
| Alpine Express, LLC | $3,500.00 |
| Altpro | $1,400.00 |
| Americars Transportation, Inc. | $900.00 |
| Apex Capital Corp. - Gomez Trucking | $2,000.00 |
| Apex Capital Corp. - Lyon Express | $1,500.00 |
| ArcBest dba Panther Premium log | $19,365.95 |
| AST Inc. of Illinois | $1,400.00 |
| Atlantic Coast Carriers, Inc. | $1,000.00 |
| Bah Express- Vessell | $800.00 |
| R&R Express Inc. | $3,200.00 |
| BAM Capital - Nile Express, LLC | $1,000.00 |
| Basingen Group-1A Intermodal | $370.19 |
| Baylor Trucking | $1,400.00 |
| BD&J Trucking, LLC | $1,100.00 |

| | |
|---|---|
| Birkey Trucking | $850.00 |
| BlueStar Services, LLC | $1,000.00 |
| Boskurt transport | $1,700.00 |
| BQT, Inc. | $7,600.00 |
| Bud Trucking | $400.00 |
| C&W Trucking | $1,000.00 |
| Capital Energy Solution | $900.00 |
| CAST Transportation | $5,000.00 |
| CD Consortium - Accent Transportation | $1,500.00 |
| CFI | $2,900.00 |
| CJM Financial - Hamilton Haulers | $600.00 |
| CKR Transport, LTD | $1,000.00 |
| CMZ Hotshots Services | $755.00 |
| ComData | $1,850.00 |
| Credit Express - Route 66 Auto Shippers | $1,800.00 |
| Crestmark TPG, LLC - Jet Inc. | $1,300.00 |
| Crossroads Logistics & Transport | $500.00 |
| CSX Intermodal | $19,131.00 |
| CW Trucking | $1,000.00 |
| Dakotaland Transportation, Inc | $1,200.00 |
| Delux Transport | $1,000.00 |
| Determined Transport | $1,187.50 |
| DLS Motor-Transport, LLC | $550.00 |

| | |
|---|---|
| DSG Logistics | $600.00 |
| Eagle Capital - D&D Rockstar Trucking | $1,000.00 |
| ECapital - Barnes Unlimited Transport | $500.00 |
| Echo Global Logistics, Inc. | $3,336.82 |
| Ede, Inc. | $500.00 |
| F.E.T. | $1,500.00 |
| FANS Transportation | $1,300.00 |
| Financial Carrier Services - Esco Transportation | $700.00 |
| First Line Funding – Bricker Transport | $74,555.00 |
| First Line Funding – Grace Transportation | $1,600.00 |
| First Line Funding - Nash | $800.00 |
| First Line Funding - Velocity by Grace | $1,100.00 |
| Fleetone Factoring – Hermes NVC | $1,500.00 |
| Fleetone Factoring - Ocean Star Transportation, LLC | $900.00 |
| Fox Transport Co. | $600.00 |
| Freight Factoring Specialists, LLC - Bataille Hauling Svcs | $700.00 |
| GAP Transportation, LLC | $1,710.00 |
| Gella Star Transport, LLC | $100.00 |
| Global Business Intergroup | $550.00 |
| Global Expedited, Inc. | $1,000.00 |
| Greatwide Dallas & Mavis, LLC | $4,400.00 |
| Gregory Transport 1 Inc. | $1,000.00 |
| Gulf Coast Business Credit - 1st Time Transportation | $550.00 |

| | |
|---|---|
| Gulf Coast Business Credit - Ironhorse Carriers | $1,200.00 |
| Hagwood Transportation SVCS, Inc. | $1,400.00 |
| Ikes Trucking | $1,450.00 |
| Interstate Capital - J Hughes Hot Shot Transporation | $2,700.00 |
| Interstate Capital - Kaptan, LLC | $850.00 |
| Interstate Capital - Randall Stubbs Trucking | $425.00 |
| Ithrive - Longhorn Laramie Express | $650.00 |
| J Line, Inc | $1,400.00 |
| Jagim Transportation, Inc. | $1,100.00 |
| J.E.T. of Searcy | $1,300.00 |
| JCC Transport | $1,000.00 |
| Jenel Leodor Popescu - O D Trucking | $2,500.00 |
| Johnny's Trans LLC | $1,800.00 |
| JY Transportation, Inc. | $950.00 |
| KATSS & S, LLC | $650.00 |
| Global Trucking, LLC | $5,400.00 |
| Landstar Global Logistics | $19,185.00 |
| Lanita Specialized, LLC | $2,000.00 |
| Latul Transportation, LLC | $2,200.00 |
| Liberty Transit | $2,000.00 |
| Loper Trucking | $500.00 |
| M & K Logistics | $500.00 |
| Marques Transportation | $900.00 |

| | |
|---|---|
| Marroquin Transport, Inc. | $2,100.00 |
| Match Factors - Privateer Solutions | $1,300.00 |
| Mid Continent Van Service, Inc. | $1,600.00 |
| Mike Collins Trucking | $1,500.00 |
| MLS Official Transport | $450.00 |
| MVP Logistics | $543.09 |
| Nationwide Express, Inc. | $6,045.00 |
| Nationwide Transport Finance, LLC – G&G Specialized Carriers | $900.00 |
| Oak Hill Capital – PEI | $1,900.00 |
| Orange Commercial Credit - Delta Express, Inc. | $2,100.00 |
| Panther Trucking | $1,300.00 |
| Porter Trucking | $1,400.00 |
| Powell Transportation Co. Inc. | $1,600.00 |
| Priority 1 Inc. | $2,554.20 |
| ProBilling & Funding Service - J&P Trucking, Inc. | $1,200.00 |
| Proserv Logistics, LLC | $1,400.00 |
| Quick Carrier, LLC | $900.00 |
| QuickPay Funding - ASL Transport & Service | $1,050.00 |
| R B Humphreys, Inc. | $600.00 |
| R2 Logistics LLC | $1,000.00 |
| RE Building | $1,500.00 |
| RE Transportation | $26,734.00 |
| Redline Trucking, Inc. | $1,100.00 |

| | |
|---|---|
| Road King Transport and Logistics, LLC | $1,250.00 |
| Road Kings Transport LLC | $2,600.00 |
| Roadrunner Transportation Services | $57,675.00 |
| Roadstar Transport, Inc. | $2,200.00 |
| Roger Henson Trucking, LLC | $1,200.00 |
| Roland Davis Trucking, Inc. | $1,650.00 |
| Route 66 Logistics Inc. | $1,800.00 |
| RTS Financial Corp. - Fast Lane Transit | $2,400.00 |
| RTS Financial Corp. - Fox C Group | $3,100.00 |
| RTS Financial Corp. - La Roma Transport | $2,000.00 |
| RTS Financial Corp. - Liberty Transit, LLC | $2,000.00 |
| RTS Financial Corp. - Run Direct | $1,100.00 |
| RTS Financial Corp. - Salas Express, LLC | $800.00 |
| RTS Financial Corp. - SS Carrier, Inc. | $700.00 |
| RTS Financial Corp. - Trans Lines | $1,600.00 |
| RTS Financial Corp. - UA Trucking | $950.00 |
| Shaw Transport & Hauling Inc. | $1,400.00 |
| Schibi Transportation, LLC | $2850.00 |
| Shippers Preferred Express, Inc. | $2,200.00 |
| Skylight Express Logistics Inc. | $3,550.00 |
| Skyline Express, LLC | $1,400.00 |
| Smart Transport, Inc | $250.00 |
| Starrett Service, Inc. | $2,000.00 |

| | |
|---|---|
| Springbrook Express, LLC | $1,700.00 |
| S&S Trucking | $425.00 |
| Sunbelt Finance, LLC – Dreamer Logistics | $500.00 |
| Sunone Logistics, LLC | $1,000.00 |
| Super Dan Trucking, LLC | $3,600.00 |
| Superior Power Specilist, LLC | $950.00 |
| TAFS - KK's Trucking | $1,200.00 |
| TAFS - Liberty Freight Transport | $400.00 |
| TAFS - MoneyPenny Trucking | $700.00 |
| TAFS - William Burke | $2,400.00 |
| TAG Trans Inc. | $850.00 |
| Taylorsville Freight Service, LLC | $1,900.00 |
| TBS Logistics, LLC - Goody Boy Hauling | $1,100.00 |
| TBS Logistics, LLC - SNM Logistic | $2,100.00 |
| TCI Business Capital, Inc. - MP Express, Inc. | $1,400.00 |
| Tex-Mex Transport | $1,330.00 |
| Titan Express LLC | $5,800.00 |
| Titan Transport, LLC | $7,050.00 |
| Titi Transport Inc. | $1,700.00 |
| Total Logistics LLC | $6,534.00 |
| Trail Lines, Inc. | $1,300.00 |
| Trans Recovery - DH Transportation | $1,300.00 |
| Trans-Lease Mid Continent Van | $1,600.00 |

| | |
|---|---|
| Transport US | $2,850.00 |
| Triumph Business Capital, d/b/a Advance Business Capital, LLC – Boskurt Transport Inc. | $1,700.00 |
| Trucker Path | $1,300.00 |
| Tryon Trucking Inc. | $2,000.00 |
| Unity Trans Inc. | UNKNOWN |
| Vero Business Capital - A. M. Baker Trucking | $2,000.00 |
| Vero Business Capital - DH Transportation, Inc. | $1,300.00 |
| Wallace Factoring – Eight Transport | $900.00 |
| Wallace Factoring – Fitts Trucking | $2,200.00 |
| Wallace Factoring - Quad L Transport | $1,100.00 |
| Wallace Factoring - Southern Armour | $600.00 |
| Wallace Factoring - Winston Trans | $600.00 |
| We Haul | $1,000.00 |
| West Trans Auto, Inc. | $4,150.00 |
| Worthing Transportation Co., LLC | $2,500.00 |
| XPO Logistics | $3,908.75 |
| Xpress Transportations, LLC | $250.00 |
| ZG Logistics | $1,300.00 |
| **TOTAL:** | **$484,570.50** |

16.     Each of the Defendants herein should be required to demonstrate the validity of their claim(s) against the Bond or be barred from thereafter making a claim against the Bond.

17. Hudson claims an interest in any Bond proceeds that may remain after disposition of same, if any.

18. Hudson should be allowed and requests permission from this Court to deposit the bond proceeds of $75,000.00 with the clerk of the court for distribution in accordance with this Court's instructions.

NOW, WHEREFORE, the Plaintiff, Hudson Insurance Company, demands as follows:

1. That Hudson Insurance Company be allowed and directed to file the bond proceeds in the amount of $75,000.00 with the Clerk of this Court.

2. That each of the Interpleader Defendants named herein or joined herein be prohibited from commencing any action against the Plaintiff, Hudson Insurance Company, on the Bond to recover any proceeds with respect to the same;

3. That an order or judgment be entered that no Interpleader Defendant is entitled to the proceeds of the Bonds or any part of it until and after all those Interpleader Defendants who intend to do so, have asserted their rights to the bond proceeds;

4. That the Plaintiff, Hudson Insurance Company, be discharged and released from all liability under its Bond upon payment of its $75,000.00 into Court;

5. For any and all other relief which the Court may deem just and appropriate in these pemesis.

This 27th day of February, 2018.



**BOVIS ♞ KYLE**
BOVIS, KYLE, BURCH & MEDLIN

200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668
Ph. 772-391-9100
Fx. 770-668-0878
Email: TJB@boviskyle.com

Respectfully Submitted,
*/s/ Timothy J. Burson*
Timothy J. Burson
Georgia Bar Number 097414
--Counsel for Plaintiff