# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:18-cv-880-LMM |
| BAYLOR TRUCKING | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BAYLOR TRUCKING
10 W. Market Street, Ste. 1500
Indianapolis, IN. 46204
c/o W. Todd Metzger

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:  __3/12/2018__

___ s/ Bao Tran Le _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-880-LMM

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| HUDSON INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:18-cv-880-LMM |
| BD&J TRUCKING, LLC | ) | |
| 510-C Hwy 306 | ) | |
| Paradis, LA  70080 | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BD&J TRUCKING, LLC
510-C Hwy 306
Paradis, LA 70080
c/o Brandon L. Lee

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:  _3/12/2018_ _____  ___ _s/ Bao Tran Le_ _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | | |
|---|---|---|
| HUDSON INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:18-cv-880-LMM |
| | ) | |
| BIRKEY TRUCKING | ) | |
| 3146 195th Street | ) | |
| Manson, IA  50563 | ) | |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BIRKEY TRUCKING
3146 195th Street
Manson, IA  50563
c/o Gary L.  Birkey

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:  __3/12/2018__



_____s/ Bao Tran Le_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

HUDSON INSURANCE COMPANY

)
)
)
)
)
*Plaintiff(s)* )
v. )
)
BLUESTAR SERVICES,LLC )
333 West Irving Park Rd. Ste. 204 )
Roselle, IL. 60172 )
)
*Defendant(s)* )

Civil Action No.  1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BLUESTAR SERVICES,LLC
340 W. Irving Park Rd.
Roselle, IL. 60172
c/o Muhamed Begovic

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*



Date:  ___3/12/2018___

___s/ Bao Tran Le___
*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:18-cv-880-LMM

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                    *Server's signature*

                                            _____
                                                    *Printed name and title*


                                            _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| BOSKURT TRANSPORT | ) |
| 1330 Tile Factory Lane | ) |
| Louisville, KY. 40213 | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BOSKURT TRANSPORT
7214 Meadow Ridge Dr.
Louisville, KY. 40218
c/o Nosir Binaliyev

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: ___3/12/2018___



s/ Bao Tran Le
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

                                  _____
                                               *Server's signature*

                                  _____
                                           *Printed name and title*

                                  _____
                                           *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| BQT, INC. | ) |
| 14211 NE 108th Street | ) |
| Vancouver, WA 98682 | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.   1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BQT, INC.
14211 NE 108TH ST
Vancouver, WA 98682
    c/o Elmira Shabayeva

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   3/12/2018



s/ Bao Tran Le
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                             _____
                                                    *Printed name and title*

                                             _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

HUDSON INSURANCE COMPANY )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:18-cv-880-LMM
)
BUD TRUCKING )
1332 Seamans Road )
Factoryville, PA 18419 )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BUD TRUCKING
Box 2148 RD. 2 Seamans Rd.
Factoryville, PA. 18419
c/o Jeffrey L. Crass II

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: 3/12/2018



s/ Bao Tran Le

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____

                                             *Server's signature*

                           _____

                                        *Printed name and title*

                           _____

                                           *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Georgia

| | | |
|---|---|---|
| HUDSON INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:18-cv-880-LMM |
| C&W TRUCKING | ) | |
| 2401 Mims Road | ) | |
| Hephzibah, GA  30815 | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   C&W TRUCKING
                154 Williams Road
                Guyton, GA 31312
                      c/o  Deloris Connor

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TIMOTHY J. BURSON
                                      BOVIS, KYLE, BURCH & MEDLIN
                                      200 Ashford Center North, Suite 500
                                      Atlanta, Georgia 30338-2668
                                      (772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
                                      Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*



Date:   3/12/2018

                                              s/ Bao Tran Le
                                                *Signature of Clerk or Deputy Clerk*

Civil Action No.    1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                               _____
                                                          *Printed name and title*

                                               _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | | |
|---|---|---|
| HUDSON INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    1:18-cv-880-LMM |
| | ) | |
| CAPITAL ENERGY SOLUTIONS | ) | |
| 2201 Dove Avenue | ) | |
| McAllen, TX 78504 | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CAPITAL ENERGY SOLUTIONS
    2201 Dove Avenue
    McAllen, TX 7850
    c/o Alfredo Marroquin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TIMOTHY J. BURSON
    BOVIS, KYLE, BURCH & MEDLIN
    200 Ashford Center North, Suite 500
    Atlanta, Georgia 30338-2668
    (772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
    Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:    3/12/2018

s/ Bao Tran Le
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:18-cv-880-LMM

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                          *Server's signature*

                                                 _____
                                                          *Printed name and title*

                                                 _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| CAST TRANSPORTATION | ) |
| 9850 Havana Street | ) |
| Henderson, CO 80640 | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAST TRANSPORTATION
9850 Havana Street
Henderson, CO 80640
c/o Al Wetsch

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:    3/12/2018                    s/ Bao Tran Le
*Signature of Clerk or Deputy Clerk*

Civil Action No.     1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.


Date: _____       _____

                                                  *Server's signature*

                                   _____

                                               *Printed name and title*

                                   _____

                                               *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| CD CONSORTIUM - ACCENT TRANSPORTATION | ) |
| 8930 Waukegan Road - Suite 230 | ) |
| Morton Grove, IL 60053 | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CD CONSORTIUM - ACCENT TRANSPORTATION
8930 Waukegan Road, Suite 230
Morton Grove, IL, 60053
c/o Anca Constantin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 3/12/2018



s/ Bao Tran Le

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                                    *Server's signature*


                                                    _____

                                                    *Printed name and title*


                                                    _____

                                                    *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:18-cv-880-LMM |
| CFI | ) |
| 4701 E. 32nd Street | ) |
| Joplin, MO  64804 | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CFI
        221 Bolivar
        Jefferson City, MO. 65101
            c/o CSC-Lawyers Inc.Service Co.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TIMOTHY J. BURSON
                             BOVIS, KYLE, BURCH & MEDLIN
                             200 Ashford Center North, Suite 500
                             Atlanta, Georgia 30338-2668
                             (772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
                             Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date:   3/12/2018       s/ Bao Tran Le

                                                           *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-880-LMM

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No. 1:18-cv-880-LMM |
| CJM FINANCIAL - HAMILTON HAULERS | ) |
| 1014 SE Lorenz Drive | ) |
| Ankeny, IA 50021 | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CJM FINANCIAL - HAMILTON HAULERS
1014 SE Lorenz Drive
Ankeny, Iowa 50021
c/o Trent Murphy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:  3/12/2018



s/ Bao Tran Le
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

|  |  |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CKR TRANSPORT, LTD | ) |
| 770 N. Church Road | ) |
| Elmhurst, IL 60126 | ) |
|  | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CKR TRANSPORT, LTD
770 N. Church Road #F
Elmhurst, IL 60126
c/o Howard Schermerhorn

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 3/12/2018

s/ Bao Tran Le
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ⎯0.00⎯ .

I declare under penalty of perjury that this information is true.


Date: _____                       _____
                                                           *Server's signature*

                                              _____
                                                           *Printed name and title*

                                              _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | Civil Action No.   1:18-cv-880-LMM |
| v. ) | |
| CMZ HOTSHOTS SERVICES ) | |
| P.O. Box 548 ) | |
| El Dorado, TX 76963 ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **CMZ HOTSHOTS SERVICES**
**207 Southwest Street**
**El Dorado, TX 76963**
**c/o  Carolina Zamora**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*



Date:   ___3/12/2018___          ___s/ Bao Tran Le___
*Signature of Clerk or Deputy Clerk*

Civil Action No.      1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: