# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:18-cv-880-LMM |
| | ) |
| COMDATA | ) |
| 5301 Maryland Way | ) |
| Brentwood, TN 37027-5055 | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COMDATA
2908 Poston Avenue
Nashville, TN 37203
c/o Corporation Service Company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: ___3/12/2018___



___s/ Bao Tran Le___
*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:18-cv-880-LMM

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-cv-880-LMM |
| CREDIT EXPRESS INC. - ROUTE 66 AUTO SHIPPERS | ) |
| P.O. Box 4896 | ) |
| Buffalo Grove, IL 60089 | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CREDIT EXPRESS INC. - ROUTE 66 AUTO SHIPPERS
601 Skokie Blvd. 503
Northbrook, IL 60062
c/o Alexander Narod

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: ___3/12/2018___



_s/ Bao Tran Le_
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CRESTMARK TPG, LLC - JET INC. | ) |
| 800 Crescent Center Dr., Ste. 620 | ) |
| Franklin, TN, 37067-7328 | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CRESTMARK TPG, LLC - JET INC.
                                      5480 Corporate Drive, Ste. 350
                                      Troy, MI 48098-2642
                                      c/o Gayle Finger

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TIMOTHY J. BURSON
                                               BOVIS, KYLE, BURCH & MEDLIN
                                               200 Ashford Center North, Suite 500
                                                 Atlanta, Georgia 30338-2668
                                                 (772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
                                                 Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   _3/12/2018_                                           _s/ Bao Tran Le_
                                                           *Signature of Clerk or Deputy Clerk*

Civil Action No.   1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                          *Server's signature*

                                                        _____
                                                          *Printed name and title*

                                                        _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No.   1:18-cv-880-LMM |
| ) | |
| CROSSROAD LOGISTICS & TRANSPORT ) | |
| 1980 E. 116th Street - Suite 220 ) | |
| Carmel, IN  46032 ) | |
| _____ ) | |
| *Defendant(s)* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CROSSROAD LOGISTICS & TRANSPORT
845 Sugarbush Ridge
Zionsville, IN  46077
c/o Jaypaul Grubbs

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date:    3/12/2018                                               s/ Bao Tran Le

*Signature of Clerk or Deputy Clerk*

Civil Action No.     1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| HUDSON INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   1:18-cv-880-LMM |
| | ) | |
| CSX INTERMODAL TERMINALS, INC. | ) | |
| 550 Water Street | ) | |
| Jacksonville, FL, 32202 | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CSX INTERMODAL TERMINALS, INC.
                    289 S Culver St
                    Lawrenceville, GA 30046-4805
                           c/o C.T. Corporation System

 

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TIMOTHY J. BURSON
                                  BOVIS, KYLE, BURCH & MEDLIN
                                  200 Ashford Center North, Suite 500
                                  Atlanta, Georgia 30338-2668
                                  (772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
                                  Counsel for Plaintiff / Hudson Insurance Company

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                 JAMES N. HATTEN
                                               *CLERK OF COURT*

Date:     3/12/2018                                s/ Bao Tran Le
                                                *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____          _____

          *Server's signature*

          _____

          *Printed name and title*

          _____

          *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY<br><br>*Plaintiff(s)*<br><br>v.<br><br>CW TRUCKING<br>4250 RT 94<br>Goshen, NY 10924<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CW TRUCKING
                                       7014 13th Avenue, Ste. 202
                                       Brooklyn, New York, 11228
                                       c/o United States Corp. Agents, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     TIMOTHY J. BURSON
                                         BOVIS, KYLE, BURCH & MEDLIN
                                        200 Ashford Center North, Suite 500
                                        Atlanta, Georgia 30338-2668
                                        (772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
                                        Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:    3/12/2018                                                  s/ Bao Tran Le

                                                         *Signature of Clerk or Deputy Clerk*

Civil Action No.   1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| DAKOTALAND TRANSPORTATION INC. | ) |
| P.O. Box 84038 | ) |
| Sioux Falls, SD, 57118 | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DAKOTALAND TRANSPORTATION INC.
25809 Trade Avenue
Sious Falls, SD 57107-6458
c/o Bruce Fowlds

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   3/12/2018



s/ Bao Tran Le

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                 *Server's signature*

                                                        _____
                                                                 *Printed name and title*


                                                        _____
                                                                 *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY <br><br> *Plaintiff(s)* <br><br> v. <br><br> DELUX TRANSPORT <br> 3479 N. CR 020 E <br> Gays, IL 61928 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DELUX TRANSPORT
3479 N. CR 020 E
Gays, IL 61928
c/o Jon M. Willoughby

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   3/12/2018                           s/ Bao Tran Le_____
                                            *Signature of Clerk or Deputy Clerk*

Civil Action No.    1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                *Server's signature*

                                _____
                                        *Printed name and title*


                                _____
                                        *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No.   1:18-cv-880-LMM |
| ) | |
| DETERMINED TRANSPORT ) | |
| 49 Cooper Court ) | |
| Dallas, GA  30157 ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DETERMINED TRANSPORT
49 Cooper Courtt
Dallas, GA 30157
c/o Stephen Andre Jackson


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: _____3/12/2018_____



_____ s/ Bao Tran Le _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

                                         _____
                                                *Server's signature*

                                         _____
                                            *Printed name and title*

                                         _____
                                             *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY <br><br> *Plaintiff(s)* <br><br> v. <br><br> DLS MOTOR-TRANSPORT, LLC <br> 4813 Ridge Road - Suite 111-102 <br> Douglasville, GA 30134 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DLS MOTOR-TRANSPORT, LLC
4813 Ridge Road - Suite 111-102
Douglasville, GA 30134
c/o David L. Stewart

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 3/12/2018



s/ Bao Tran Le
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____         _____

                                               *Server's signature*

                           _____

                                            *Printed name and title*


                           _____

                                            *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| DSG LOGISTICS | ) |
| P.O. Box 2906 | ) |
| Norcross, GA  30091 | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DSG LOGISTICS
5495 Reps Trace
Norcross, GA 30071
c/o Barbara Blair-Tolliver

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:    3/12/2018



s/ Bao Tran Le
*Signature of Clerk or Deputy Clerk*

Civil Action No.     1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                     _____
                                              *Server's signature*

                                     _____
                                             *Printed name and title*

                                     _____
                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| EAGLE CAPITAL - D&D ROCKSTAR TRUCKING | ) |
| P.O. Box 4215 | ) |
| Tupelo, MS 38803-4215 | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:18-cv-880-LMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EAGLE CAPITAL - D&D ROCKSTAR TRUCKING
105 S. Front St.
Tupelo, MS  38802
c/o Albert G. Delgadillo

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   3/12/2018   _____

s/ Bao Tran Le
_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY<br><br>_____<br>*Plaintiff(s)*<br>v.<br>ECAPITAL - BARNES UNLIMITED TRANSPORT<br>5940 S. Rainbow Blvd., Suite 4012<br>Las Vegas, NV 89118<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   1:18-cv-880-LMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ECAPITAL - BARNES UNLIMITED
TRANSPORT
318 N. Carson Street, Suite 208
Carson City, NV
        c/o Paracorp Incorporated

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TIMOTHY J. BURSON
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
(772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
Counsel for Plaintiff / Hudson Insurance Company

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                    JAMES N. HATTEN
                                    *CLERK OF COURT*

Date:   3/12/2018                            s/ Bao Tran Le
                                          *Signature of Clerk or Deputy Clerk*

Civil Action No.    1:18-cv-880-LMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                               *Server's signature*

                                                    _____
                                                               *Printed name and title*

                                                    _____
                                                               *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| HUDSON INSURANCE COMPANY <br><br><br> *Plaintiff(s)* <br> v. <br><br> ECHO GLOBAL LOGISTICS, INC. <br> 22168 Network Place <br> Chicago, IL 60673 <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )      Civil Action No.   1:18-cv-880-LMM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ECHO GLOBAL LOGISTICS, INC.
                                      801 Adlai Stevenson Drive
                                      Springfield, IL 62703
                                      c/o Illinois Corporation Service

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TIMOTHY J. BURSON
                                   BOVIS, KYLE, BURCH & MEDLIN
                                   200 Ashford Center North, Suite 500
                                   Atlanta, Georgia 30338-2668
                                   (772) 391-9100 / (770) 668-0878 (Fax) / TJB@boviskyle.com
                                   Counsel for Plaintiff / Hudson Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*



Date:    3/12/2018                                             s/ Bao Tran Le

                                                                 *Signature of Clerk or Deputy Clerk*

Civil Action No.    1:18-cv-880-LMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: