IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **HUDSON INSURANCE CO.,** § | |
| § | |
| **Plaintiff,** § | |
| § | **CIVIL ACTION FILE NUMBER** |
| Vs. § | |
| § | **1:18-CV-00880-LMM** |
| **18 SPEED TRUCKING ET AL.,** § | |
| § | |
| **Defendants.** § | |

**PLAINTIFF'S MOTION TO EXTEND TIME**
**TO SERVE INTERPLEADER DEFENDANTS**

COMES NOW Hudson Insurance Company ("Plaintiff") and respectfully requests that this Honorable Court extend the time for Plaintiff to accomplish service on the remaining interpleader defendants in this matter, respectfully showing the Court as follows:

1. This is an interpleader action whereby Plaintiff (which provided a $75,000 Interstate Commercial Carrier bond) is attempting to pay various and almost 200 Interstate Commercial Carrier bond claimants their *pro rata* share of their bond claims, which collectively total more than $500,000.00.

2. Plaintiff has obtained service or obtained waivers of service on more than half of the Defendant-claimants, but has not been able to accomplish formal service on approximately 90 Defendant-Claimants.

3. This Court ordered Plaintiff to accomplish service by February 26, 2019.

4. As the record reflects, Plaintiff hired process servers to complete service, but a number of interpleader Defendants have not been formally served.

5. The legal assistant for Plaintiff's local counsel had a loved one suffer a heart attack in December 2018 and was away from work almost the entire months of December, January 2019, and February 2018.  This loved one was hospitalized and eventually died of complications from the heart attack on or about February 14, 2019.

6. Due to the extended period of time of almost 3 months that Plaintiff's counsel's assistant has been away from work, Plaintiff has been unable to accomplish service upon all of the unserved interplead claimant Defendants.

7. Plaintiff plans to keep attempting service but requires additional time to find the registered agents for a number of interpleader claimant defendants (many of whom have similar names to other businesses located across the United States.

**WHEREFORE** pursuant to Fed. R. Civ. P. 4, HUDSON INSURANCE COMPANY respectfully request that this Honorable Court grant an additional 60 days for Plaintiff to served the unserved Interplead Claimant Defendants. Plantiff requests such other and further relief in its favor as this Honorable Court deems just and appropriate.

**Respectfully Submitted on this 26th day of February, 2019**

                **BOVIS KYLE BURCH & MEDLIN, LLC**

/S/_____
By Timothy J. Burson
Georgia Bar No 097414
200 Ashford Center North, Suite 500
Atlanta, Georgia  30338-2668

## CERTIFICATE OF FONT SIZE AND SERVICE

This certifies this document is formatted Times New Roman at 14 points and that a true and correct copy of the forgoing has been placed in the mail, first class, postage prepaid to all counsel of record and all parties who have filed an answer or other pleading in this matter.

Done on the 27th day of February 2019

/S/_____
Timothy J. Burson